**FILED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAN 1 7 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )     1:23-cr-0009-TWP-MJD
            v.                      )     CAUSE NO.
                                    )
TODD BROWN,                         )     -01
                                    )
            Defendant.              )

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A) Distribution of Controlled Substances | 10-Life | Up to $10 million | NLT 5 Years |
| 2 | 21 U.S.C. § 841(a)(1), (b)(1)(A) Distribution of Controlled Substances | 10-Life | Up to $10 million | NLT 5 Years |

Dated: _____        _____
                                        Todd Brown
                                        Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.


                                        _____
                                        United States Magistrate Judge
                                        Southern District of Indiana