AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br>TODD BROWN,<br>-01<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:23-cr-0009 TWP-MJD |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TODD BROWN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Distribution of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)
Count 2: Distribution of Controlled Substances, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)

Date: 1/17/2023

City and state: Indianapolis, Indiana

CLERK OF COURT, Roger A.G. Sharpe
BY: _____
*Deputy Clerk*

### Return

This warrant was received on *(date)* 1/17/23, and the person was arrested on *(date)* 1/26/2023
at *(city and state)* Indianapolis, IN.

Date: 1/27/23

Scott Childers
*Arresting officer's signature*

Scott Childers   TFO
*Printed name and title*